IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT ASHFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-04236-CV-C-NKL |
| | ) | |
| CITY OF LAKE OZARK, | ) | |
| MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED that the above-styled action is DISMISSED with prejudice and without costs to any party. In the event, however, that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties. It is further

ORDERED that any trial date and pretrial dates previously set in this case are hereby VACATED.

Dated: November 9, 2006

s/ NANETTE LAUGHREY
NANETTE K. LAUGHREY
United States District Judge